[No. 26110-0-I.  Division One.  May 11, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN K. LEATHERS, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 89-8-00102-7, Alan R. Hancock, J., entered April 5, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Grosse, C.J., and Baker, J.

[No. 11318-3-III.  Division Three.  May 12, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER MICHAEL HUCKABY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-8-00098-7, Michael E. Cooper, J., entered January 18, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., Thompson, J., dissenting.

[No. 11387-6-III.  Division Three.  May 14, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. HAL ROBERT BARTH, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00473-3, John E. Bridges, J., entered February 13, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Sweeney, J.